BK Attorney Services, LLC
PO Box 4590
Pasco, WA 99302

# CERTIFICATE OF SERVICE

DATE RECEIVED: Feb 06 2014    TIME RECEIVED: 05:38AM    TOTAL SERVED: 18

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE: Glen Herbert Eric Schiegner            CASE NO: 9:13-03672-fmd

**CERTIFICATE OF SERVICE**

Attorney/Trustee:   Jon M. Waage
Address:            PO Box 25001
                    Bradenton, FL 34206-5001
Phone:              941-747-4644

On 2/6/2014, a copy of the following documents, described below,

  Order Allowing and Disallowing Claims and Ordering Disbursements   - Doc. No. 28

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/6/2014

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Chapter 13 Trustee
Jon M. Waage
PO Box 25001
Bradenton, FL 34206-5001

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A-9<br>CASE 9-13-BK-03672-FMD<br>MIDDLE DISTRICT OF FLORIDA<br>FT. MYERS<br>THU FEB 6 10-20-14 EST 2014 | CAPITAL ONE N.A.<br>BASS & ASSOCIATES P.C.<br>3936 E. FT. LOWELL ROAD SUITE #200<br>TUCSON AZ 85712-1083 | ~~CARYL E. DELANO~~<br>~~TAMPA~~<br>~~FL~~ |
| QUICKEN LOANS INC.<br>LAW OFFICES OF DANIEL C. CONSUEGRA<br>9204 KING PALM DRIVE<br>TAMPA FL 33619-1328 | GLEN HERBERT ERIC SCHIEGNER<br>6630 SLATER PINES DR<br>NORTH FORT MYERS FL 33917-4329 | CAPITAL ONE BANK USA NA<br>BEST BUY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| DEPARTMENT OF REVENUE<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | GECRB<br>LOWES<br>PO BOX 103104<br>ROSWELL GA 30076-9104 | GECRB<br>PAYPAL<br>PO BOX 103104<br>ROSWELL GA 30076-9104 |
| HOME DEPOT CREDIT SERVICES<br>PO BOX 6405<br>SIOUX FALLS SD 57117-6405 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUICKEN LOANS INC<br>1050 WOODWARD AVE<br>DETROIT MI 48226-1906 |
| QUICKEN LOANS INC.<br>CO DANIEL C. CONSUEGRA<br>9204 KINGS PALM DRIVE<br>TAMPA FL 33619-1328 | SEARS CREDIT CARDS<br>PO BOX 6282<br>SIOUX FALLS SD 57117-6282 | SUNCOAST SCHOOLS FCU<br>PO BOX 11904<br>TAMPA FL 33680-1904 |
| TD BANK USA N.A.<br>C O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 | TARGET NATIONAL BANK<br>PO BOX 660170<br>DALLAS TX 75266-0170 | ~~KIM LEVY +~~<br>~~KIM LEVY ATTORNEY AT LAW~~<br>~~2110 CLEVELAND AVENUE~~<br>~~FORT MYERS FL 33901-3430~~ |
| ~~JON WAAGE +~~<br>~~P O BOX 25001~~<br>~~BRADENTON FL 34206-5001~~ | ~~ASHLEY SIGRIST +~~<br>~~LAW OFFICES OF DANIEL C CONSUEGRA PL~~<br>~~9204 KING PALM DRIVE~~<br>~~TAMPA FL 33619-0331~~ | ~~NOTE  ENTRIES WITH A □+□ AT THE END OF~~<br>~~NAME HAVE AN EMAIL ADDRESS ON FILE IN~~ |